IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE PERKINS, JR.                                                                         PLAINTIFF
ADC #149163

VS.                         5:18-CV-00038-BRW-BD

WILLIAM STRAUGHN, et al.                                   DEFENDANTS

## **ORDER**

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Mr. Perkins's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Perkins's claims are DISMISSED, without prejudice. I certify that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED, this 20th day of March, 2018.


                                                                              /s/ Billy Roy Wilson _____
                                                                              UNITED STATES DISTRICT JUDGE