# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOE PERKINS, JR.**                                                                     **PLAINTIFF**
**ADC #149163**

**VS.**                                  **5:18-CV-00038-BRW-BD**

**WILLIAM STRAUGHN, et al.**                                       **DEFENDANTS**

## **JUDGMENT**

Based on the Order that was entered today, that this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 20th day of March, 2018.

                                                     /s/ Billy Roy Wilson _____
                                                     UNITED STATES DISTRICT JUDGE